IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RODERICK ERNEST GRAY                                                                        PLAINTIFF

v.                              Case No. 6:19-cv-06066

JASON WATSON (Sheriff, Clark County
Detention Center)                                                                            DEFENDANT

**ORDER**

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. At all times relevant, Plaintiff was an inmate, incarcerated at the Clark County Detention Center. The Court referred this case to the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, for the purpose of conducting preservice screening pursuant to the Prison Litigation Reform Act, 28 U.S.C. § 1915A. Before the Court is Judge Bryant's Report and Recommendation on the matter. (ECF No. 13). Judge Bryant recommends that Plaintiff's conditions of confinement claims brought pursuant to section 1983 be dismissed without prejudice because Plaintiff has failed to allege facts upon which relief can be granted.

Plaintiff has filed objections to the Report and Recommendation. (ECF No. 14). However, Plaintiff's objections are not specific enough to trigger *de novo* review by this court.[1] *Hudson v. Gammon*, 46 F.3d 785, 786 (8th Cir. 1995). Therefore, the Court adopts the Report and Recommendation (ECF No. 28) *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREDJUDICE**. Moreover, the Clerk is **DIRECTED** to place a section 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 20th day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Plaintiff makes conclusory statements that "[his] claims show[] an arguable basis in law and fact" and that "[his] claims show[] that relief may be granted . . . ." (ECF No. 14).